## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| **DAVID CASAS and DIANA CASAS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **3:23CV368-PPS/MGG** |
| | ) | |
| **JAYCO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

The parties' joint Stipulation to Dismiss [DE 17] is SO ORDERED. This action is

DISMISSED WITH PREJUDICE, each party bearing its own costs.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: February 29, 2024.


      /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT